

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 26, 2023

**REQUEST TO FILE UNDER SEAL**

**BY EMAIL**
The Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    ***United States v. Felix Herrera Garcia*, 23 Mag. 6466**

Dear Judge Wang:

    The Government writes to respectfully request that the Court enter a limited unsealing order with respect to the above-referenced complaint, 23 Mag. 6466. We request that the complaint and arrest warrant be unsealed for the limited purpose of providing the complaint and arrest warrant to foreign and domestic law enforcement and other government authorities in connection with requests to other countries for the defendant's arrest and potential extradition to this country. We request that the complaint otherwise remain sealed until further order of the Court.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: _____
    Brandon C. Thompson / Maggie Lynaugh
    Assistant United States Attorneys
    (212) 637-2444 / 2448

SO ORDERED:

_____
HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE