UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FELIX HERRERA GARCIA,<br><br>Defendants. | ORDER<br><br>23 Mag. 06466 |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Maggie Lynaugh;

It is found that the Complaint in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Complaint unsealed, it is therefore

ORDERED that the Complaint in the above-captioned action be unsealed.

Dated:  New York, New York
        September 28, 2023

_____
THE HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE